```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
ABEONA THERAPEUTICS, INC.,                :
                                          :      18cv10889(DLC)
                     Plaintiff,           :
            -v-                           :      ORDER
                                          :
EB RESEARCH PARTNERSHIP, INC., and        :
EPIDERMOLYSIS BULLOSA MEDICAL RESEARCH    :
FOUNDATION,                               :
                                          :
                     Defendants.          :
                                          :
----------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/2019

DENISE COTE, District Judge:

The parties having indicated in a letter of September 6, 2019 that their dispute has been resolved by arbitration, it is hereby

ORDERED that the Clerk of Court shall close the case.

SO ORDERED:

Dated:   New York, New York
         September 9, 2019

                              _____
                                      DENISE COTE
                              United States District Judge